# Court of Appeals
# of the State of Georgia

ATLANTA, December 11, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0163. TAMARA FERGUSON et al. v. JESSIE L. HOLLAND et al.**

Upon review, this application for discretionary appeal is hereby DENIED. Applicants' emergency motion is therefore DISMISSED as MOOT.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/11/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*